### Ennis *v.* Vantrees.

Where the bill of exceptions does not profess to contain all the evidence, and a motion for a new trial does not appear to have been made, the presumption is that there was other evidence, and that the action of the Court was correct.

ERROR to the *Daviess* Circuit Court.

STUART, J.—This case was brought up on appeal from the justice, &c., to the Circuit Court. On trial by the Court, finding and judgment for the plaintiff below.

*Ennis* contends that the evidence was not sufficient to sustain the judgment. There is a bill of exceptions signed by the associate judges, but it does not appear from the record that *Ennis* interposed any motion for a new trial, or that the bill of exceptions contains all the evidence. The presumption is, that there was other evidence, and that the action of the Circuit Court in the premises was correct.

Nov. Term,
1853.

*Per Curiam.*—The judgment is affirmed, with 5 per cent. damages and costs.

*R. A. Chandler*, for the plaintiff.

*S. Judah*, for the defendant.